**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEWAYNE THOMPSON, | Case No. 1:24-cv-00252 KES EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO REOPEN |
| v. | |
| A. LOPEZ, et al., | Docs. 32, 37 |
| Defendants. | |

DeWayne Thompson asserted the defendants violated his First Amendment rights while he was housed at California State Prison Corcoran. *See* Docs. 1, 23. Following a settlement agreement, the parties stipulated to dismiss the action with prejudice. Doc. 30. Plaintiff brought the present motion to reopen the action under Rule 60(b)(6) of the Federal Rules of Civil Procedure, asserting the defendants repudiated the settlement agreement. Doc. 32 at 2. Defendants filed a response confirming that defendant had been paid the settlement funds after he filed his motion. Doc. 36. Plaintiff did not file a reply.

Thereafter, on May 15, 2026, the magistrate judge issued findings and recommendations that the motion to reopen be denied. Doc. 37. The magistrate judge found that Plaintiff did not "establish an extraordinary circumstance warranting relief under Rule 60(b)(6)" because he has now received the required payment under the settlement agreement. *Id.* at 2. The magistrate judge recommended the motion under Rule 60(b)(6) be denied and the action remained closed. *Id.*

at 3.  The Court served the findings and recommendations on the parties and granted 14 days to file any objections.  *Id*.  The Court informed Plaintiff that a failure to file timely objections may result in the waiver of rights on appeal.  *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)).  Plaintiff did not file objections, and the time to do so expired.

Consistent with 28 U.S.C. § 636(b)(1), this Court reviewed this matter de novo.  Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.  The Court ORDERS:

1.  The findings and recommendations issued May 15, 2026 (Doc. 37) are ADOPTED in full.

2.  Plaintiff's motion to re-open the case (Doc. 32) is DENIED.

3.  This action SHALL remain closed.

IT IS SO ORDERED.

Dated:   June 18, 2026

UNITED STATES DISTRICT JUDGE

2